UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL NOLAN,<br><br>    Defendant/Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL NO. 05-10340-NMG<br>CIVIL NO. 10-11280-NMG |

# REPORT AND RECOMMENDATION ON MOTION
# TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255

May 11, 2012

DEIN, U.S.M.J.

## I. INTRODUCTION

On May 10, 2007, the defendant/petitioner, Paul Nolan, pled guilty to two counts of bank robbery in violation of 18 U.S.C. § 2113(a). On August 18, 2007, he was sentenced to 170 months of incarceration, a sentence which he is presently serving. His court-appointed appellate counsel filed a timely brief with the First Circuit pursuant to Anders v. California, 38 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), certifying that, after a review of the record and researching the applicable law, he found no non-frivolous issues to be raised in the appeal. On March 16, 2009, the First Circuit entered judgment, agreeing that there were no non-frivolous issues on appeal. The First Circuit mandate issued on April 9, 2009.

*Report and Recommendation accepted and adopted. NMGorton, USDJ 6/28/12*